SARAH E. MACDONALD, Respondent, *v.* LOTON H. SLAW-SON, Appellant, Impleaded with Another.

*Mortgage — foreclosure — transfer of property subject to mortgage — when extension of time of payment no defense to deficiency judgment against original mortgagor.*

*MacDonald* v. *Slawson,* 192 App. Div. 902, 960, affirmed.
(Submitted March 17, 1922; decided April 18, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to foreclose a mortgage upon real property originally executed by defendant, appellant, and against whom a deficiency judgment was demanded. His answer set up as a separate defense: " *Third.* That heretofore and on or about the 29th day of March, 1917, this defendant Loton H. Slawson and Reba G. Slawson conveyed the premises described in the complaint herein to the Callcott Construction Company, one of the defendants herein, which s a corporation organized and existing under the laws of the state of New York. *Fourth* The defendant alleges that heretofore and on or about the 4th day of October, 1917, the bond and mortgage referred to and described in the complaint herein was extended by an agreement between the Callcott Construction Company, the then owner of the said premises, and the plaintiff herein to the 14th day of August, 1918, without the

consent of this defendant, and the liability of this defendant was thereby terminated."

*John T. McGovern* for appellant.

*Justin L. Miner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.